# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | |
| ) | **ORDER** |
| Information associated with the Google ) | |
| accounts of coastalstone2016@gmail.com ) | |
| and leetrucking2014@gmail.com which is ) | Case No. 1:17-mj-297 |
| stored at premises controlled by Google, ) | |
| Inc. ) | |

On October 3, 2017, the court issued an order directing that this matter shall remain sealed pending further order of the court. (Doc. No. 4). The court now **ORDERS** that this matter shall be unsealed on September 28, 2020.

Dated this 27th day of August, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court